CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

MOLLY K. PRIEDEMAN (CABN 302096)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3717
molly.priedeman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL ANTHONY GARRETT,<br><br>    Defendant. | CASE NO.    4:26-mj-70280-MAG<br><br>NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

> **FILED**
>
> 3/17/2026
> Mark B. Busby
> CLERK, U.S. DISTRICT COURT
> NORTHERN DISTRICT OF CALIFORNIA
> OAKLAND

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on March 18, 2026, the government anticipates that the above named defendant will be arrested pursuant to an arrest warrant (copy attached) issued upon an

☒    Indictment

☐    Information

☐    Criminal Complaint

☐    Other (describe) _____

pending in the District of Arizona, Case Number CR-26-00136-PHX-SMB (JZB).

In that case (copy of indictment attached), the defendant is charged with violations of Title 18 United States Code, Sections 1791(a)(2), 1791(b)(1), 1791(c).

Description of Charges: Providing and possessing contraband in prison.

The maximum penalties are as follows:

- 20 years imprisonment

- 3 years of supervised release

Respectfully Submitted,

CRAIG H. MISSAKIAN
UNITED STATES ATTORNEY

Date: March 17, 2026

_____/S/_____
 MOLLY PRIEDEMAN
Assistant United States Attorney

v. 8/29/2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

PATRICK E. CHAPMAN
Assistant United States Attorney
Arizona State Bar No. 025407
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Email: Patrick.Chapman@usdoj.gov
Attorneys for Plaintiff

REDACTED FOR
PUBLIC DISCLOSURE

FILED ___ LODGED ___
RECEIVED ___ COPY ___

FEB 1 7 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-26-00136-PHX-SMB (JZB) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. §§ 1791(a)(2), 1791(b)(1), & 1791(c) |
| Michael Anthony Garrett, | (Providing or Possessing Contraband in Prison) |
| Defendant. | |

**THE GRAND JURY CHARGES**:

**COUNT 1**

On or about November 29, 2024, in the District of Arizona, Defendant, MICHAEL ANTHONY GARRETT, an inmate at FCI Phoenix, a Federal Correctional Institution, did knowingly possess and obtain a prohibited object, to wit: Buprenorphine, a narcotic drug, as defined in Title 18, United States Code, Section 1791(d)(1)(C), and Title 21, Code of Federal Regulations, Section 1308.13(e)(2)(i).

///
///
///

In violation of Title 18, United States Code, Sections 1791(a)(2), 1791(b)(1), and 1791(c).

A TRUE BILL

*s/*
_____
FOREPERSON OF THE GRAND JURY
Date: February 17, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/*
_____
PATRICK E. CHAPMAN
Assistant U.S. Attorney

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   CR-26-00136-PHX-SMB |
| | ) | |
| | ) | |
| Michael Anthony Garrett | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

        **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Michael Anthony Garrett                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ❑ Superseding Indictment        ❑ Information        ❑ Superseding Information        ❑ Complaint
❑ Probation Violation Petition        ❑ Supervised Release Violation Petition        ❑ Violation Notice        ❑ Order of the Court

This offense is briefly described as follows:

  18:1791(a)(2), 1791(b)(1), and 1791(c) - Providing or Possessing Contraband in Prison

Date:      02/18/2026                                                        *Issuing officer's signature*

City and state:      Phoenix, Arizona                                        R. Kobza - Deputy Clerk
                                                                            *Printed name and title*

**ISSUED ON  10:52 am, Feb 18, 2026**
**s/ Debra D. Lucas, Clerk**

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____  at *(city and state)* _____ . |
| Date: _____                                        *Arresting officer's signature* |
| |
| *Printed name and title* |

cc: PTS